IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **Appellant,** ) <br> ) <br> **v.** ) <br> ) <br> **RON K. ELFENBEIN,** ) <br> ) <br> **Appellee,** ) <br> _____) | Appeal No. 24-4048 |

**THIRD MOTION FOR**
**EXTENSION OF FILING DEADLINE**

The United States files this Third Motion for Extension of Filing Deadline with respect to its opening brief and the joint appendix in the above-captioned matter, and also seeks an extension on the deadline for the Appellee's response brief, and in support whereof states as follows:

1. This appeal was initiated on January 19, 2024, through the government's timely filing of a notice of appeal in the district court. After relevant transcripts were ordered and produced, a briefing order was issued. ECF No. 13. Two previous extensions were granted. ECF Nos. 16, 18. The government's opening brief and the joint appendix are currently due to be filed on or before July 1, 2024.

2. All affirmative appeals by the government must be authorized in person

by the Solicitor General of the United States, after multiple layers of thorough review in the Department of Justice's Criminal Division, and in the Office of the Solicitor General itself. *See* 28 C.F.R. § 0.20(b). Promptly upon filing its notice of appeal, the undersigned initiated this lengthy review process. The process concluded and the Solicitor General approved the government's request to appeal in late May.

3. Since the contours of the government's appeal were determined, the parties began the process of conferring about the scope of the joint appendix. The government has now conferred with the defense and the parties have agreed to a joint appendix. With that task completed, the government is now in the process of drafting its opening brief.

4. Accordingly, the government seeks an extension of time until August 1, 2024, to file its opening brief and the joint appendix, for several reasons. First, as detailed above, the parties needed to confer and finalize the joint appendix. This was a large undertaking inasmuch as this case involves a lengthy trial transcript and numerous exhibits. Now that this has been finalized, the government can turn to the brief. Second, undersigned counsel has been pressed with numerous other matters before this Court and the district court, and hence has not been in a position to draft and file the government's opening brief to date. As a result, the government is requesting an extension of time until August 1, 2024.

5. Government counsel has consulted with the defendant's counsel, who

graciously indicated via email that he does not oppose this request.

6.   Additionally, defense counsel indicated that because of their trial schedules, and because of the needs to consult with their client, they would request a deadline for the response brief to be October 1, 2024. The government fully consents to this request.

WHEREFORE, based on the foregoing, and for good cause, the government respectfully requests that the Court grant this motion and extend the deadline for the filing of the opening brief and joint appendix until August 1, 2024, and that the Court also order the response brief to be due on or before October 1, 2024.

                              Respectfully submitted,

                              Erek L. Barron
                              United States Attorney

               By:      /s/_____

                              Jason D. Medinger, AUSA
                              Appellate Chief

## **CERTIFICATE OF SERVICE**

This is to certify that on this 30th day of June 2024, a copy of the foregoing Motion for Extension of Filing Deadline was served by ECF on counsel of record.

_____/s/_____
Jason D. Medinger, AUSA
Appellate Chief